**Motion GRANTED and Order filed January 26, 2023.**



In The

# Fourteenth Court of Appeals

—————

## NO. 14-23-00034-CV

—————

## IN RE EDWARD ALEXANDER; ADAM P. JOHNSON; WAYNE THOMPSON, JR.; JUDGE LILYNN CUTRER; AND KAREN AUCOIN INDIVIDUALLY AND AS CO-TRUSTEES, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 365-053-404**

## ORDER

On January 19, 2023, relator Edward Alexander; Adam P. Johnson; Wayne Thompson, Jr.; Judge Lilynn Cutrer; and Karen Aucoin Individually and as Co-Trustees, filed a petition for writ of mandamus in this court. Relators ask this court to issue a writ of mandamus directing the Honorable James Horowitz, Judge of the Probate Court No 4, in Harris County, Texas, to set aside the settings of (1) a January

27, 2023 status conference; and (2) a February 6, 2023 hearing by submission on real party in interest Preston Marshall's motion for summary judgment entered in trial court number 365-053-404, styled *Preston Marshall v. Elaine T. Marshall, et al.*

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On January 19, 2023, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the (1) January 27, 2023 status conference; and (2) the February 6, 2023 submission hearing on the motion for summary judgment filed by Preston Marshall in trial court cause number 365-053-404, *Preston Marshall v. Elaine T. Marshall, et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest to file a response to the petition for writ of mandamus on or before February 10, 2023. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.